Law Office of Perry O'Brian
46 Columbia Street
Bangor, ME 04401
United States
207-942-4697

# Law Office of Perry O'Brian

**Invoice**

Chris Cameron
20 Hermon Heights
Hermon, ME 04401

| | |
|---|---:|
| Invoice # | 00006 |
| Invoice Date | August 26, 2013 |
| Due Date | |
| Balance Due | $8,026.00 |
| Payment Terms | |
| Case / Matter | Cameron, Chris & Mary |

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| 10/20/2011 | VL | Consultation | initial client intake, cons PO | 85.00 | 1.0 | 85.00 |
| 10/20/2011 | PO | Review | review intake notes, cons Vicki | 225.00 | 0.2 | 45.00 |
| 11/14/2011 | VL | Consultation | cons Chris re retainer | 85.00 | 0.2 | 17.00 |
| 02/17/2012 | PO | Review | review contempt order & suppostlng documents, conferences with Vicki, review file on issue of contempt order & tax refunds | 225.00 | 0.5 | 112.50 |
| 02/17/2012 | VL | Confirmation | review contempt order & suppostlng documents, conferences with PO & Chris | 85.00 | 0.5 | 42.50 |
| 03/12/2012 | VL | Consultation | t call Chris re contempt hearing | 85.00 | 0.2 | 17.00 |
| 03/13/2012 | PO | Correspondence | email to client forwarding contempt papers | 225.00 | 0.2 | 45.00 |
| 04/19/2012 | PO | Consultation | case review w/Vicki re status of filing | 225.00 | 0.3 | 67.50 |
| 04/19/2012 | VL | Consultation | cons PO & Chris re status of info needed to file | 85.00 | 0.3 | 25.50 |
| 06/13/2012 | VL | Review | review file & followup w/ clients on info needed to file | 85.00 | 0.2 | 17.00 |
| 06/28/2012 | VL | Correspondence | check file, letter clients re needed info | 85.00 | 0.2 | 17.00 |
| 07/10/2012 | VL | Consultation | consult Chris re needed info to file | 85.00 | 0.3 | 25.50 |
| 07/23/2012 | VL | Bankruptcy Schedules | organize materials from clients, sign clients for cc, obtain credit reports from annualcreditreport.com | 85.00 | 2.4 | 204.00 |
| 07/26/2012 | VL | Bankruptcy Schedules | work on bankruptcy schedules | 85.00 | 3.5 | 297.50 |
| 07/27/2012 | VL | Bankruptcy Schedules | CMI calculations and work on B22 | 85.00 | 2.2 | 187.00 |
| 07/27/2012 | VL | Consultation | complete bk questionaire | 85.00 | 0.5 | 42.50 |
| 07/29/2012 | PO | Bankruptcy Schedules | work on Schedules I & J and B22 | 225.00 | 1.4 | 315.00 |
| 07/29/2012 | PO | Bankruptcy Schedules | review BestCase file from Vicki and work on schedules | 225.00 | 1.8 | 405.00 |
| 07/30/2012 | PO | Chapter 13 Plan | plan calculations and work on Chapter 13 plan | 225.00 | 1.5 | 337.50 |
| 07/30/2012 | VL | Research | obtain cc certificates from IFL | 85.00 | 0.2 | 17.00 |
| 07/30/2012 | VL | Consultation | t call clients re signing | 85.00 | 0.2 | 17.00 |

| Date | | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/31/2012 | VL | Bankruptcy Schedules | print schedules, statement, plan & signing packet, file bankruptcy case w/ court, file plan, cc certificates, docket entries pay and taxes, scan & email pay & taxes to trustee, cons clients to sign | 85.00 | 2.5 | 212.50 |
| 07/31/2012 | PO | Bankruptcy Schedules | final review of statements schedules, final work on plan, cons clients at signing | 225.00 | 1.0 | 225.00 |
| 07/31/2012 | PO | Correspondence | email exchange w/ Vicki re address for creditor | 225.00 | 0.2 | 45.00 |
| 07/31/2012 | VL | Correspondence | emails w/ PO regarding creditor address | 85.00 | 0.2 | 17.00 |
| 08/01/2012 | VL | Review | review 341 notice & update case file | 85.00 | 0.1 | 8.50 |
| 08/03/2012 | PO | Motions | review motion, order tax returns | 225.00 | 0.1 | 11.25 |
| 08/03/2012 | VL | Correspondence | review note Chris re CitiMortgage payment | 85.00 | 0.2 | 17.00 |
| 08/06/2012 | PO | Motion For Relief From Stay | review motion for relief from stay from Currier, email giving consent | 225.00 | 0.3 | 67.50 |
| 08/08/2012 | PO | Motion For Relief From Stay | review filed MRS | 225.00 | 0.1 | 22.50 |
| 08/08/2012 | PO | Correspondence | review note Morley returning mortgage payment, email to Morley, cons Vicki re have clients resend to CitiMortgage | 225.00 | 0.3 | 67.50 |
| 08/08/2012 | PO | Consultation | cons Chris, PO re returned mortgage payment and need to send it directly to CitiMortgage | 225.00 | 0.3 | 67.50 |
| 08/29/2012 | VL | Correspondence | email exchange Chris re trustee payment address | 85.00 | 0.2 | 17.00 |
| 09/03/2012 | PO | Review | review file & prep for 341 hearing | 225.00 | 0.4 | 90.00 |
| 09/03/2012 | VL | Consultation | t call Cris re upcoming confirmation hearing | 85.00 | 0.2 | 17.00 |
| 09/05/2012 | PO | Meeting of Creditors | 341 hearing, cons clients | 225.00 | 0.5 | 112.50 |
| 09/07/2012 | PO | Confirmation | review file, docket, claims register, prepare and file confirmation notice, order, cos, update creditor miling matrix | 225.00 | 1.7 | 382.50 |
| 10/04/2012 | PO | Review | review objection | 225.00 | 0.2 | 45.00 |
| 10/11/2012 | VL | Correspondence | email to Chris re needed documents | 85.00 | 0.2 | 17.00 |
| 10/12/2012 | PO | Confirmation | case review for upcoming confirmation hearing | 225.00 | 0.4 | 90.00 |
| 10/17/2012 | VL | Correspondence | email exchange Chris re update on needed documents | 85.00 | 0.2 | 17.00 |
| 10/17/2012 | PO | Consultation | con Trustee re confirmation | 225.00 | 0.1 | 22.50 |
| 10/18/2012 | PO | Confirmation | confirmation hearing | 225.00 | 0.4 | 90.00 |
| 10/29/2012 | PO | Confirmation | review file, docket, trustee objection, claims register, trustee pay history, cons & case review w/ Vicki | 225.00 | 0.4 | 90.00 |
| 10/29/2012 | VL | Review | case review w/PO on upcoming confirmation hearing | 85.00 | 0.4 | 34.00 |
| 10/31/2012 | PO | Consultation | cons trustee re confirmation hearing and requested documents | 225.00 | 0.1 | 22.50 |
| 11/01/2012 | PO | Confirmation | confirmation hearing | 225.00 | 0.4 | 90.00 |
| 11/26/2012 | PO | Review | review file, docket, trustee objection & prep for hearing | 225.00 | 0.4 | 90.00 |

| Date | Initials | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/26/2012 | PO | Correspondence | review notice of automatic foreclosure, scan notice and email to Currier | 225.00 | 0.2 | 45.00 |
| 11/28/2012 | VL | Correspondence | review bank statements for Cam Co, 2011 tax returns, redact & scan tax returns, email to trustee, cons PO to review | 85.00 | 0.5 | 42.50 |
| 11/28/2012 | PO | Review | cons Vicki, review bank statemens, 2011 Cam Co returns, she will forward all to Trustee | 225.00 | 0.3 | 67.50 |
| 11/29/2012 | PO | Confirmation | confirmation hearing | 225.00 | 0.4 | 90.00 |
| 12/12/2012 | VL | Confirmation | review file w/ PO, trustee objection, docket, email client re updated financials for Cam CO | 85.00 | 0.5 | 42.50 |
| 12/12/2012 | PO | Confirmation | review file, case review w/ Vicki, review docket, claims register, trustee pay history, trustee objection confirmation | 225.00 | 0.5 | 112.50 |
| 12/19/2012 | VL | Correspondence | email Chris re hearing continued to 1/3 | 85.00 | 0.1 | 8.50 |
| 12/19/2012 | VL | Confirmation | enter continuance on docket | 85.00 | 0.2 | 17.00 |
| 12/19/2012 | PO | Consultation | t call trustee re continue confirmation hearing | 225.00 | 0.1 | 22.50 |
| 12/31/2012 | VL | Correspondence | email exchange w/ Chris re hearing on the 3rd, need requested documents for hearing | 85.00 | 0.2 | 17.00 |
| 12/31/2012 | PO | Confirmation | review file regarding 1/3 confirmation hearing, review docket, trustee objection, cons Vicki regarding what we need from Debtors | 225.00 | 0.3 | 67.50 |
| 12/31/2012 | VL | Confirmation | cons PO for case review | 85.00 | 0.3 | 25.50 |
| 01/02/2013 | PO | Consultation | cons Trustee re upcoming hearing, cons Vicki re status of Chris getting us document Trustee requested | 225.00 | 0.3 | 67.50 |
| 01/02/2013 | VL | Consultation | cons PO to update him on trying to get info trustee requested from Chris | 85.00 | 0.2 | 17.00 |
| 01/03/2013 | PO | Confirmation | confirmation hearing | 225.00 | 0.4 | 90.00 |
| 01/24/2013 | VL | Correspondence | emails to & from Chris re confirmation & updates on his income | 85.00 | 0.3 | 25.50 |
| 01/25/2013 | PO | Confirmation | review notice of rescheduled confirmation hearing, update case file | 225.00 | 0.1 | 22.50 |
| 01/31/2013 | VL | Correspondence | review email Chris w/ update on income & attached P&Ls | 85.00 | 0.2 | 17.00 |
| 02/04/2013 | PO | Confirmation | review file, docket, trustee objection for upcoming confirmation hearing, cons Vicki on ongoing issue of Chris income | 225.00 | 0.4 | 90.00 |
| 02/04/2013 | VL | Confirmation | review file, objection, emails w/ PO for Thursday confirmation hearing | 85.00 | 0.3 | 25.50 |
| 02/06/2013 | VL | Confirmation | enter agreed request for continuance on docket | 85.00 | 0.2 | 17.00 |
| 02/06/2013 | PO | Consultation | cons Vicki & trustee re P & Ls for CamCo, confirmation hearing to be continued to review, trustee wants 2012 returns | 225.00 | 0.3 | 67.50 |
| 02/06/2013 | VL | Confirmation | cons PO & trustee re confirmation & Camco income | 85.00 | 0.3 | 25.50 |
| 02/06/2013 | PO | Confirmation | review Cam Co P&Ls, email to Trustee | 225.00 | 0.3 | 67.50 |

| Date | Initials | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/06/2013 | VL | Correspondence | review email Chris w/ P&Ls, forward to PO | 85.00 | 0.2 | 17.00 |
| 03/13/2013 | PO | Motion For Relief From Stay | review email Currier re consent to MRS, review file, motion, give consent, update case file | 225.00 | 0.5 | 112.50 |
| 03/18/2013 | PO | Confirmation | review file, docket, trustee objection, cons Vicki re upcoming confirmation hearing | 225.00 | 0.8 | 180.00 |
| 03/18/2013 | VL | Confirmation | review file, emails, docket w/ PO regarding confirmation issues | 85.00 | 0.5 | 42.50 |
| 03/19/2013 | VL | Correspondence | email exchange w/ Chris re upcoming confirmation hearing | 85.00 | 0.2 | 17.00 |
| 03/20/2013 | VL | Confirmation | enter agreed continuance on docket, cons PO, trustee re continuance | 85.00 | 0.4 | 34.00 |
| 03/20/2013 | PO | Confirmation | cons Vicki & trustee re continue hearing | 225.00 | 0.3 | 67.50 |
| 03/20/2013 | VL | Correspondence | emails to & from Chris re Cam Co & status of filing tax returns, trustee question of buiness income, update PO | 85.00 | 0.3 | 25.50 |
| 03/20/2013 | PO | Consultation | cons Vicki re emails w/ Chris regarding status of Cam Co tax filing | 225.00 | 0.2 | 45.00 |
| 03/22/2013 | PO | Correspondence | review email Currier requesting status os surrendered property, also that Debtors execute corrective deed to resolve title problem, discuss w/ Vicki having Debtors ececulte deed | 225.00 | 0.3 | 67.50 |
| 03/22/2013 | VL | Consultation | cons PO on corrective deed, print deed to file | 85.00 | 0.2 | 17.00 |
| 04/03/2013 | PO | Consultation | cons Vicki re Chris email on contact info on second mortgage, review claims register - no claim filed, review file, docket re outstanding confirmation issues, 2012 tax returns status update requested | 225.00 | 0.5 | 112.50 |
| 04/03/2013 | VL | Correspondence | emails to & from Chris re second mortgage and tax return/confirmation issues, cons PO | 85.00 | 0.3 | 25.50 |
| 04/05/2013 | PO | Correspondence | review email from Currier w/ corrective deed | 225.00 | 0.2 | 45.00 |
| 04/11/2013 | PO | Consultation | cons Rose re having Chris sign corrective deed on surrendered property, review and print deed for signing | 225.00 | 0.2 | 45.00 |
| 04/11/2013 | RS | Consultation | cons PO on corrective deed, email to Chris to sign, con Chris at signing | 85.00 | 0.3 | 25.50 |
| 04/12/2013 | PO | Correspondence | review executed deed, emails to & from Richard Currier, mail deed | 225.00 | 0.3 | 67.50 |
| 05/17/2013 | VL | Review | review of email from accountant, quick review of return, redact, scan | 85.00 | 0.3 | 25.50 |
| 05/20/2013 | VL | Correspondence | emails to & from Chris re upcoming confirmation hearing & 2012 tax returns, cons PO to update | 85.00 | 0.5 | 42.50 |
| 05/20/2013 | PO | Review | review file, docket, cons Vicki, brief review tax returns re confirmation & Chris's income | 225.00 | 1.0 | 225.00 |
| 05/21/2013 | RS | Review | upload tax returns to share file | 85.00 | 0.2 | 17.00 |
| 05/23/2013 | PO | Confirmation | hearing on confirmation | 225.00 | 0.5 | 112.50 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 06/11/2013 | PO | Review | review tax returns, look at Chris's income, compare to Schedule I, cons Vicki on income issue | 225.00 | 1.0 | 225.00 |
| 06/11/2013 | PO | Review | review Chris income w/ PO | 225.00 | 0.5 | 112.50 |
| 06/12/2013 | PO | Consultation | t call trustee re confirmation hearing, cons Vicki re proposed agreement, she will rely to client | 225.00 | 0.2 | 45.00 |
| 06/12/2013 | VL | Consultation | cons PO re agreement on confirmation, | 85.00 | 0.1 | 8.50 |
| 06/12/2013 | VL | Consultation | email to & from clients re agreement on confirmation | 85.00 | 0.2 | 17.00 |
| 06/13/2013 | PO | Confirmation | attend confirmation hearing agreement reached FOO due by 6/27, update case file w/ deadline | 225.00 | 0.4 | 90.00 |
| 06/14/2013 | PO | Confirmation | review file, revise confirmation FOO, email to trustee seeking consent | 225.00 | 0.3 | 67.50 |
| 06/27/2013 | PO | Confirmation | review trustee consent to confirmation FOO | 225.00 | 0.1 | 22.50 |
| 06/27/2013 | PO | Confirmation | review trustee consent to FOO, file FOO confirmation | 225.00 | 0.2 | 33.75 |
| 06/28/2013 | PO | Confirmation | review confirmation order, update case file | 225.00 | 0.1 | 22.50 |
| 07/09/2013 | PO | Correspondence | review email Trustee re ISF check, cons Vicki | 225.00 | 0.2 | 45.00 |
| 07/09/2013 | VL | Correspondence | review email Jean re ISF check, cons PO, email to clients | 85.00 | 0.3 | 25.50 |
| 08/05/2013 | PO | Claims Motion | review claims register, claims, docket, confirmation order, update program w/ filed claims, calculations for claims register, prepare & file claims motion, order, hearing notice, cos | 225.00 | 3.5 | 787.50 |
| 08/05/2013 | PO | Lien Avoidance | check registry records for lien, prepare & file motion avoid lien FIA Card Services, order, hearing notice, cos | 225.00 | 1.5 | 337.50 |
| 08/05/2013 | PO | Correspondence | emails to & from Vicki checking on status of Cameron MAD | 225.00 | 0.2 | 45.00 |
| 08/05/2013 | VL | Correspondence | emails with PO re Cameron MAD | 85.00 | 0.2 | 17.00 |
| 08/14/2013 | VL | Correspondence | Telephone call - Chris had received the MAD and the Motion To Avoid Lien , just wanted to be sure there was anything he had to do. Reviewed the MAD with debtor | 85.00 | 0.2 | 17.00 |
| 08/20/2013 | PO | Review | review & print docket, checking on any objections to MAD or lien avoidance motion | 225.00 | 0.2 | 45.00 |
| 08/22/2013 | PO | Motion For Compensation | work on time sheets, review docket, case file, prepare & file fee application, hearing notice, cos, order | 225.00 | 3.2 | 720.00 |

Time Entry Total: **$9,470.50**

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 09/07/2012 | PO | Photocopy | photocopy confirmation packet | 0.10 | 429.0 | 42.90 |
| 09/07/2012 | PO | Postage | postage confirmation packet | 1.10 | 33.0 | 36.30 |
| 08/05/2013 | PO | Photocopy | photocopy claims packet | 0.10 | 104.0 | 10.40 |

| Date | | Type | Description | Rate | Qty | Amount |
|---|---|---|---|---|---|---|
| 08/05/2013 | PO | Postage | postage claims packets | 1.10 | 13.0 | 14.30 |
| 08/05/2013 | PO | Pacer Fees | Pacer fees to review claims, docket, claims register | 0.10 | 123.0 | 12.30 |
| 08/05/2013 | PO | Photocopy | photocopy lien avoidance package | 0.10 | 42.0 | 4.20 |
| 08/05/2013 | PO | Postage | postage lien avoidance packets | 0.90 | 6.0 | 5.40 |
| 08/26/2013 | PO | Pacer Fees | Pacer Fees (filing of case to present) | 0.10 | 113.0 | 11.30 |
| 08/26/2013 | PO | Photocopy | Photocopy Expense (filing of case to present) | 0.10 | 174.0 | 17.40 |

Expense Total: **$154.50**

| | |
|---|---:|
| Time Entry Sub-Total: | 9,470.50 |
| Expense Sub-Total: | 154.50 |
| **Sub-Total:** | 9,625.00 |
| **Total:** | 9,625.00 |
| **Amount Paid:** | 1,599.00 |
| **Balance Due:** | **$8,026.00** |

# Payment History

| Activity | Date | Pay Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | 08/26/2013 | Credit Account | $1,599.00 | Chris Cameron (Client) | -- |

# Account Summary

**Chris Cameron's Credit Balance**

Balance As Of 08/26/2013: $0.00

Time & Expenses for Cameron, Chris & Mary - through 08/26/2013

| Total Billable Hours | Total Billable Amount | Total Expenses |
|---|---|---|
| 56.9 hours | $9,470.50 | $154.50 |

| User | Billable Hours | Total Billable Amount | Expenses | Non-Billable Hours |
|---|---|---|---|---|
| Vicki Lingley | 23.3 hours | $1,980.50 | $0.00 | 0.0 hours |
| Perry O'Brian | 33.1 hours | $7,447.50 | $154.50 | 0.0 hours |
| Rose Salls | 0.5 hours | $42.50 | $0.00 | 0.0 hours |